Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

District of _____

_____ Division

2023 JAN 26 P 3:43

Falesa McCall et al
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Micheal Molfetta et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23CV114
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Falesa M. McCall
Street Address: 3352 N Chatham Rd Apt J
City and County: Ellicott City md.
State and Zip Code: 21043
Telephone Number: (410) 874-2677
E-mail Address: mccallfalesa@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Micheal Moffetta Law LLC
    Job or Title (if known): Attorney
    Street Address: 3070 Bristol Street Suite 530
    City and County: Costa Mesa California 92626
    State and Zip Code: 92626
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Jordan Sulkin
    Job or Title (if known): CEO of Timeshare Freedom Group
    Street Address: 2800 Eisenhower Avenue 220
    City and County: Alexandria VA
    State and Zip Code: 22314
    Telephone Number: 571-396-6502
    E-mail Address (if known):

Defendant No. 3
    Name: Shawn Williams
    Job or Title (if known): Consultant
    Street Address: 2800 Eisenhower Ave #220
    City and County: Alexandria VA
    State and Zip Code: 22314
    Telephone Number: 571-396-6502
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Additional Plaintiffs

Phoenicia Harrell
1019 Elton Ave
Dundalk Md.
21224
Phone: 443 468-6741
email: HarrellPhoenicia@gmail.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I falsely paid Timeshare Freedom Group for services I never recieved nor my daughter; Phoenicia Harrell, since 2020

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Michea Moffetta, is a citizen of the State of *(name)* Costa Mesa California. Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation
The defendant, (name) **Jordan Sulkin**, is incorporated under the laws of the State of (name) **Alexandria VA**, and has its principal place of business in the State of (name) **Alexandria VA**.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) **Timeshare Freedom Group**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

I plaintiff, Falesa McCall paid $5,698.00 on Feb 1, 2020 to Timeshare Freedom Group to cancel me out of my Timeshare. This has caused hardship, Stress and my credit going into negative. Identity Theft that the CEO have displayed. Possibly myself been violated. We are asking for $1,000,000

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Falesa McCall nor Phoenicia Harrell recieved the services we paid for. This has caused hardship, Stress and credit going into the negative.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 26, 23

Signature of Plaintiff: Alicia McCall / Phoenicia Harvell
Printed Name of Plaintiff: Alicia McCall / Phoenicia Harvell

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

**FILED**

__Falesa McCall et al__
Plaintiff(s),

2023 JAN 26 P 3:41

v.

__Micheal Molfetta et al__
Defendant(s).

Civil Action Number: __1:23CV114__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Cilvil Complaint__.
(Title of Document)

__Falesa McCall__
Name of *Pro Se* Party (Print or Type)

__Falesa McCall__
Signature of *Pro Se* Party

Executed on: __Jan 26, 2023__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)